# United States District Court

## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **218-cr-50**

United States of America

vs.

**Michael Arthur Nixon**
**11:14-11:40**

Defendant/Age

**Matthew Josephson**
U. S. Attorney

**Jason Tate**
Attorney for Defendant

- [✓] Plea agreement **(Received).**
- [✓] Defendant Sworn
- [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____.
- [✓] Plea of not guilty withdrawn and plea of **guilty** entered as to count(s) **Count 1 (One), Lessor Offense** of the indictment.
- [✓] Factual basis **Established.** **Oral.** **Plea Accepted** Witness for factual basis **Ofcr-Michael Sapp, Brunswick PD**.
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **later date** at **TBD**.
- [ ] Bond Continued ___ Bond modified to _____.
- Bond set at _____ _____
- [ ] Bond not made defendant in jail.
- [✓] Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**    Date **5/21/2019**
Court Reporter    **Debbie Gilbert**    Probation Officer **Sarah Railing**
Courtroom Deputy Clerk    **Kim Mixon**    U.S. Marshal **Marty Fitzjurls**