# In the United States District Court for the Southern District of Georgia
## Brunswick Division

UNITED STATES OF AMERICA,

v.

MICHAEL ARTHUR NIXON,

Defendant.

CR 218-050-3

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 3:22 pm, Nov 18, 2019

### ORDER

Before the Court is Defendant Michael Nixon's motion to continue the sentencing hearing scheduled Monday, December 2, 2019. Dkt. No. 763. After consideration of the motion and for good cause shown, the motion is **GRANTED**. The hearing will be continued until Wednesday, December 11, 2019 at 1:00 p.m.

**SO ORDERED**, this 18 day of November, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)