UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. CR218-50 |
| | ) | |
| MICHAEL ARTHUR NIXON | ) | |

ORDER

The Motion to Continue (the second one filed thus far) is DENIED. The sole ground is that a purportedly valid subpoena was served on a defense witness, but the witness and his or her employer have not yet decided whether they will comply. Such is not their prerogative. The hearing will go forward as noticed, planned and scheduled. The witness can attempt to obtain relief from the Court by way of a Motion to Quash. Absent the granting of any such motion, the witness will appear, if necessary by way of U.S. Marshal transport. Defense counsel is directed to communicate to the Court all known home and work addresses of such witness in order to ensure his or her timely transport by Marshal if necessary in order to avoid further delay.

This 11 day of December, 2019.

_____
HONORABLE LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA