# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

### CLERK'S MINUTES - GENERAL

CASE NO. **CR218-50**  DATE **12/11/2019**
TITLE **USA v. Michael Nixon**
TIMES **1:06 - 1:41**  TOTAL **45 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**   Courtroom Deputy : **Whitney Sharp**
Court Reporter : **Debra Gilbert**   Interpreter :

Attorney for Government
Jennifer Kirkland

Attorney for Defendant(s)
Jason Tate

Defendant(s)

PROCEEDINGS : **Sentencing**   ✓ In Court   ☐ In Chambers

Objections - None ; The Court has read and reviewed the filings by defense.
Defense 1:11 - 1:13 / Government 1:13 - 1:14 - The Defense has withdrawn the previous objections filed in agreement with the Government. The Defendant has reserved the argument that the term imposed in the revocation should run concurrent. No challenge to the 851.
The Court adopts the findings of fact and conclusions of applicable advisory guidelines and Therefore finds total Offense Level 29 / Criminal History 4 / Guideline 121-151 Months / 6 years supervised release / $30,000 - $2,000,000 fine / $100 special assessment / No fine / No minimum - maximum 30 years /
Defense 1:19 - 1:28 / Government 1:28 - 1:33 / Defendant 1:34 - 1:35
BOP - 137 month concurrent to the term imposed in revocation CR204-14 / 6 years supervised release / no fine / $100 special assessment / recommendation to BOP for access to a/d treatment program to include RDAP / ineligible for federal benefits for 10 years / standard, special and mandatory conditions of release / no firearms or weapons / DNA sample / substance abuse testing and no tampering / subject to searches / Count 10 dismissed / appeal waiver.