# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| MICHAEL ARTHUR NIXON, | * | |
| Movant, | * | CIVIL ACTION NO.: 2:20-cv-107 |
| v. | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:18-cr-50) |
| Respondent. | * | |

## ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 12. Movant Michael Nixon ("Nixon") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondent's Motion to Dismiss, **DENIES** Nixon's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence, **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal, and **DENIES** Nixon *in forma*

AO 72A
(Rev. 8/82)

*pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 18 day of July, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA