# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 218-050-3 |
| | ) | |
| MICHAEL ARTHUR NIXON, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

On July 1, 2024, Defendant Michael Nixon filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). Dkt. No. 1045. The same day, the Clerk of Court issued and mailed Defendant a deficiency notice, informing Defendant that his motion was not signed in compliance with Local Rules and administrative procedures. Dkt. No. 1046. The deficiency notice indicated that "corrective action[] [is] required," and that "after 14 days of noncompliance a notice will be submitted to a judicial officer for possible sanctions, to include dismissal." Id. Defendant has taken no corrective action, and the time for doing so has passed. Accordingly, Defendant's motion for compassionate release, dkt. no. 1045, is **DISMISSED** without prejudice.

**SO ORDERED** this 31 day of July, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA